**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6772**

ANTWYN GIBBS,

        Plaintiff - Appellant,

   v.

US GOVERNMENT; NEWBERRY SHERIFF DEPARTMENT,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:21-cv-03784-DCC)

Submitted:  October 13, 2022                    Decided:  October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antwyn Gibbs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwyn Gibbs appeals the district court's order accepting the magistrate judge's recommendation and dismissing without prejudice Gibbs' 42 U.S.C. § 1983 action.[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Gibbs' informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *See Britt v. DeJoy*, 45 F.4th 790, 794 (4th Cir. 2022) (en banc) (order) ("It is well-established that dismissals made without prejudice when leave to amend is denied are final and appealable.").